Commonwealth *v.* Culpeper, Appellant.

Submitted November 9, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Marilyn J. Gelb,* for appellant.

*Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 18, 1971:

Order affirmed. Act of January 25, 1966, P. L. (1965) 1580, §§3(d), 4, 19 P.S. §§1180-3(d), 4. See *Commonwealth v. Culpeper,* 434 Pa. 15, 252 A. 2d 624 (1969).

Mr. Justice COHEN took no part in the decision of this case.